AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

**RECEIVED**

By USMS District of Columbia District Court at 9:07 am, May 01, 2024

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| David A. Marshall, Jr | ) Case: 1:24-mj-00148 |
|  | ) Assigned to: Judge Upadhyaya, Moxila A. |
|  | ) Assign Date: 4/29/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     David A. Marshall, Jr     ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. § 113(a)(4) - Assault by striking, beating, or wounding, and aiding and abetting in such a crime
18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:     04/30/2024

*Issuing officer's signature*

City and state:     Washington, D.C.

MOXILA A. UPADHYAYA, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/30/2024 , and the person was arrested on *(date)* 5/1/2024 |
| at *(city and state)* Alexandria, VA . |
| Date: 5/2/2024 |

*Arresting officer's signature*

Kristen Hennessey, FBI
*Printed name and title*