UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 24-mj-148 |
| DAVID A MARSHALL JR., | : |
| Defendant. | : |

# ORDER

Based upon the representations in the Joint Motion to Continue and Exclude Time under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled preliminary hearing on September 26, 2024, be continued for good cause to November 26, 2024, at 1:00 p.m.; and it is further

**ORDERED** that the time between September 26, 2024, and November 26, 2024, shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery.

Date: 9/20/2024

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE